CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>8033 Linda Vista Road, Suite 200</u>
<u>San Diego, CA 92111</u>
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff,
TERRY HUBBARD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Terry Hubbard**, | Case No.: 2:19-cv-10427-GW-SK |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| **Andy's Donuts, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: _____        _____
                                Phyl Grace
                                Attorney for Plaintiff